IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KEIFER, et. al., | CASE NO. 5:12-cv-05842 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| DEAN ACKEMANN, et. al., | |
| Defendant(s). | |

On February 20, 2014, this court issued an amended case management order pursuant to a stipulation which, inter alia, scheduled the above-entitled action for a Preliminary Pretrial Conference on June 6, 2014, and required the parties to file a Joint Preliminary Pretrial Conference Statement on or before May 27, 2014. See Docket Item No. 45. The requisite contents of a joint statement are detailed in the undersigned's Standing Order regarding pretrial preparation and includes "[a]ny proposed modifications to the Case Management Schedule, as well as proposed dates for the Final Pretrial Conference and Trial."

A series of separate pretrial conference statements have been filed by various defendants, some on May 27, 2014, and some on May 28, 2014. See Docket Item Nos. 50-54. A portion of these statements indicate that the current case management order will need to be modified, but do not contain proposed dates. And as of the time this order was filed, Plaintiff failed to file a pretrial conference statement in any form.

Under these circumstances, it appears the parties made no effort toward drafting a timely

1

CASE NO. 5:12-cv-05842 EJD
ORDER TO SHOW CAUSE

Joint Preliminary Pretrial Conference Statement consistent with the Standing Order. Such non-compliance constitutes a violation of both the stipulated order filed February 20, 2014, and the Standing Order, and the court cannot proceed with a pretrial conference - or any sort of scheduling conference - with the statements currently on file.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **June 6, 2014, at 11:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may request that this Order to Show Cause be vacated only if *one* true Joint Preliminary Pretrial Conference Statement which complies with the Standing Order is filed no later than **12:00 p.m. on May 30, 2014.**

**IT IS SO ORDERED.**

Dated: May 28, 2014



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-05842 EJD
ORDER TO SHOW CAUSE