UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KEIFER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEAN ACKEMANN, et al.,<br><br>        Defendants. | Case No. 5:12-cv-05842-EJD<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 82 |

Having reviewed the parties' response to Order to Show Cause filed on January 27, 2015, the Court continues the Order to Show Cause previously set for February 5, 2015 at 9:00 AM to **April 16, 2015 at 9:00 AM** in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. On or before **April 9, 2015**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **April 9, 2015.**

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: 1/29/2015

                                              EDWARD J. DAVILA<br>
                                              United States District Judge